

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 8, 2023

**By E-Mail**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**   *United States v. Edward Blancaneaux et al.*, 22 Mag. 10360

Dear Judge McCarthy:

    The Government respectfully requests that the above-referenced case be unsealed. The Government has notified defense counsel of the request to unseal, and neither counsel for Mr. Blancaneaux nor Mr. Carrow objects.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

By: _____
     Timothy Ly
     Assistant United States Attorney
     (914) 993-1910

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge