## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4225

Chambers of
**Hon, Victoria Reznik**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  July 28, 2023
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,
                Plaintiff

      -against-

Edward Blancaneaux,

               Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-mj-10360

TO ALL PARTIES:

The Court has scheduled an arraignment on an information and change of plea for 8/4/2023 at 10:30 am before Magistrate Judge Victoria Reznik. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Dated:  7/28/2023
         White Plains, New York

SO ORDERED:

s/       VR
_____

VICTORIA REZNIK
United States Magistrate Judge